United States District Court
for the
Eastern District of New York

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT<br><br>Plaintiff<br><br>v.<br><br>COREEN AGIESTA, ROBERT SORRENTINO, CLERK OF THE SUFFOLK COUNTY TRAFFIC & PARKING VIOLATIONS AGENCY<br><br>Defendant(s) | Civil Action No. 19-cv-7183<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. §7.1, Plaintiff U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, certifies as follows:

1. Plaintiff, U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The RMAC Trust, Series 2016-CTT is a wholly-owned subsidiary of U.S. Bank N.A.

2. U.S. Bank N.A. is a wholly-owned subsidiary of U.S. Bancorp, which is a publicly traded company.

Dated: October 4, 2019  
Westbury, New York

By: */NJB/*  
Nicholas J. Bebirian, Esq.  
Gross Polowy, LLC  
Attorneys for Plaintiff  
900 Merchants Concourse, Suite 201  
Westbury, NY 11590  
Tel.: (716)204-1700

1

Case 2:19-cv-07183-DRH-AKT   Document 2   Filed 12/23/19   Page 2 of 2 PageID #: 72