

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

August 26, 2020

Via ECF:
Clerk of the Court
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The RMAC Trust, Series 2016-CTT vs. Coreen Agiesta, Robert Sorrentino, Clerk of the Suffolk County Traffic & Parking Violations Agency*
Civil Action #: 19-cv-7183

Dear Clerk of the Court:

    This Law Firm represents the Plaintiff. I am writing to request the Entry of Default (*See* ECF Document #25) be withdrawn as against the Clerk of the Suffolk County Traffic & Parking Violations Agency ("the Clerk") because the Clerk filed a Notice of Appearance on March 10, 2020 (*See* ECF Document #18).

    Thank you for your consideration and time.

    Respectfully,

    /SJV/
    Stephen J. Vargas, Esq.

CC via ECF:
Dana Kobos, Esq.
Suffolk County Attorney's Office
Attorneys for the Defendant, Clerk of the Suffolk County Traffic & Parking Violations Agency
100 Veteran's Memorial Hwy
Hauppauge, NY 11788
Phone: 631-853-2944
Fax: 631-853-5306
dana.kobos@suffolkcountyny.gov